Gary Abbott Parks, Esq., OSB No. 93392
Northwest WageLaw, LLC
9320 SW Barbur Blvd., Suite 135
Portland, OR 97219
Gary.parks@northwestwagelaw.com
(503) 295-0431 (phone) (503) 265-8244 (fax)

C. Ryan Morgan, Esq., *Admitted Pro Hac Vice*
Morgan & Morgan, P.A.
20 N. Orange Avenue, #1600
Orlando, FL 32801
rmorgan@forthepeople.com
(407) 418-2069 (phone) (407) 420-5956 (fax)

Brian D. Gonzales, Esq., *Admitted Pro Hac Vice*
Brian D. Gonzales, PLLC
123 North College Avenue, Suite 200
Fort Collins, Colorado 80524
Bgonzales@ColoradoTrialLaw.com
(970) 212-4665 (phone) (303) 539-9812 (fax)
    *Attorneys for Plaintiff Elburn Templeton*

Francis T. Barnwell, OSB No. 841623
fbarnwell@bullardlaw.com
Maryann Yelnosky, OSB No. 863200
myelnosky@bullardlaw.com
David Wilson, OSB No. 743457
dwilson@bullardlaw.com
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205
(503) 248-1134 (phone) (503) 224-8851 (fax)
    *Attorneys for Defendant*

FILED
FEB 24 2011

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

#### PORTLAND DIVISION

| | |
|---|---|
| **ELBURN TEMPLETON,** individually and on behalf of all others similarly situated who consent to their inclusion in this collective action,<br><br>Plaintiff,<br><br>v. | Case No. 3:10-cv-607-BR<br><br>**ORDER APPROVING SETTLEMENT OF FLSA CLAIMS AND DISMISSING ACTION WITH PREJUDICE** |

Page 1-ORDER APPROVING SETTLEMENT OF FLSA CLAIMS AND DISMISSING ACTION WITH PREJUDICE

FRED MEYER STORES, INC., a foreign corporation,

        Defendant.

**BROWN, Judge.**

This matter comes before the Court on the Parties' Joint Submission for In Camera Review and Approval of Confidential Settlement (#65) filed February 17, 2011. The Court has received and reviewed the settlement agreements *in camera*, and has reviewed the Parties' Motion. The Court finds that the settlement reached in this matter is a fair and reasonable compromise of a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, and approves this settlement. The settlement of this matter is hereby APPROVED and the case is DISMISSED WITH PREJUDICE without fees or costs. The Clerk of Court is directed to terminate any pending motions or deadlines as moot and close this file.

IT IS SO ORDERED.

DATED this 24th day of February, 2011.

                                _____
                                HON. ANNA J. BROWN
                                United States District Court Judge