IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED
FEB 25 2011

| | |
|---|---|
| ELBURN TEMPLETON, | 10-CV-607-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FRED MEYER STORES, INC., | |
| Defendant. | |

Based on the Order Approving Settlement of FLSA Claims and Dismissing Action with Prejudice filed February 24, 2011 (#66), this matter is **DISMISSED** with prejudice and without fees or costs to any party.

DATED this 24th day of February, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL